**Kerry J. Shepherd, OSB #944343**
KerryShepherd@MarkowitzHerbold.com
**Adam M. Starr, OSB #125393**
AdamStarr@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tel: (503) 295-3085
Fax: (503) 323-9105

    Attorneys for Defendants Bruce Addington and
      Cornerstone Industrial Minerals Corporation U.S.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **LRY, LLC dba LAKE RAILWAY**, an Oregon LLC; and **FR, LLC**, a Washington LLC,<br><br>                           Plaintiffs,<br><br>    v.<br><br>**LAKE COUNTY**, a political subdivision of the State of Oregon, **BRUCE ADDINGTON,** individually; and **CORNERSTONE INDUSTRIAL MINERALS CORPORATION U.S.A.**, an Oregon corporation,<br><br>                           Defendants. | No. 1:17-cv-00675-MC<br><br>**DECLARATION OF ADAM M. STARR IN SUPPORT OF ADDINGTON AND CORNERSTONE'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

I, Adam M. Starr, declare:

    1.    I am one of the attorneys representing Bruce Addington and Cornerstone Industrial Minerals Corporation, U.S.A (collectively "Defendants"). The following statements are true and, if called upon, I could competently testify to the facts averred herein.

    2.    **Exhibit 2** to the Declaration of John "Tre" Kennedy in Support of Addington and Cornerstone's Motion for Plaintiffs to Return or Destroy Privileged Document is an attorney-

client email communication between Defendants' attorney (John Heffner) and Bruce Addington (Cornerstone's President), and Bobbie Hickey, Mark Morse, and Erik Addington (Cornerstone managers), that was inadvertently produced by Defendants.

3. Defendants' Motion for Leave to File Document Under Seal is filed in good faith and not for any improper purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of October, 2018.

*s/ Adam M. Starr*
Adam M. Starr, OSB #125393

LRYL\792128